IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

BARBARA WEBB,

        Plaintiff,        1:12-cv-986-CL

                                **TEMPORARY RESTRAINING ORDER**

    v.

BANK OF AMERICA N.A.
and RECONTRUST COMPANY, N.A.,

        Defendants.

---

**PANNER, District Judge.**

    Plaintiff seeks an ex parte temporary restraining order to enjoin the foreclosure sale of her house. Plaintiff alleges the house is scheduled for a foreclosure sale on June 11, 2012 and defendants have not complied with the legal requirements for a valid non-judicial foreclosure. Amongst other arguments, plaintiff alleges defendants failed to record all assignments of the trust deed in the county land records prior to initiating the foreclosure proceedings. In Oregon, a party initiating non-judicial foreclosure proceedings must record all assignments of the trust deed. ORS 86.735(1); Hooker v. Northwest Trustee Services, Inc., 2011 WL 2119103, *3 (D. Or. May 25) (internal citation omitted; In re McCoy, 2011 WL 477820, at *3-4 (Bankr. D.

1  - ORDER

Or. Feb. 7)); James v. Recontrust Co., et al, 2012 WL 653871, at *19-20 (D. Or. Feb. 29). Plaintiff alleges MERS is listed as the beneficiary on the deed of trust at issue.

Because of the alleged imminent foreclosure sale, and because the presence of MERS demonstrates a high probability that defendants did not comply with the recording requirements of the Oregon Trust Deed Act, I grant plaintiff's request for a temporary restraining order (#5). Defendants, and their officers, agents, etc..., and other persons in active concert or participation with defendants, who receive actual notice of this order, are restrained from conducting a foreclosure sale for the following property: 946 Pumpkin Ridge, Eagle Point, Oregon, from this day until Thursday, June 21, 2012, at 5:00 p.m. I will hold a hearing on whether to issue a preliminary injunction at 10:00 a.m. on June 21, 2012, in the Medford Courthouse.

IT IS SO ORDERED.

DATED this __8__ day of June, 2012 at _2:00_ o'clock _PM_.

_/s/ Owen M. Panner_
Owen M. Panner
United States District Judge

2 - ORDER